**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 10 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-10067 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00080-GMS-7 |
| v. | |
| JUAN CARLOS ACUNA-AGUILAR, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted January 8, 2020**

Before:  CALLAHAN, NGUYEN, and HURWITZ, Circuit Judges.

Juan Carlos Acuna-Aguilar appeals from the district court's judgment and

challenges his guilty-plea convictions and concurrent 165-month sentences for

possession with intent to distribute marijuana and aiding and abetting, in violation

of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii), and conspiracy to

---

\*  This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*  The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

commit money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), (h). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Acuna-Aguilar's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Acuna-Aguilar the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Acuna-Aguilar waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**